**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1097**

MAAHNCHOOH DONALD GHOGOMU,

      Plaintiff - Appellant,

    v.

THE PNC FINANCIAL SERVICES GROUP, INCORPORATED, Corporate Head Office (Principal); DAVID FOSTER, PNC General Manager, Customer Public Relations Office,

      Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Timothy J. Sullivan, Magistrate Judge. (8:24-cv-01083-TJS)

Submitted: August 21, 2025               Decided: August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maahnchooh Donald Ghogomu, Appellant Pro Se. Gerard John Emig, GLEASON FLYNN EMIG MCAFEE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maahnchooh Donald Ghogomu appeals the magistrate judge's order* dismissing for failure to state a claim his civil complaint alleging intentional infliction of emotional distress. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Ghogomu's informal brief does not challenge the basis for the magistrate judge's disposition, he has forfeited appellate review of the order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the magistrate judge's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to proceed before a magistrate judge in accordance with 28 U.S.C. § 636(c).

2